UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COURTNEY MOTLEY,

                                        Plaintiff,

        v.

NEVADA, STATE OF, et al.,

                                        Defendants.

Case No.  3:20-cv-00056-MMD-CLB

ORDER

**I.      DISCUSSION**

Plaintiff, a former inmate in the custody of the Nevada Department of Corrections, has an application to proceed *in forma pauperis* for prisoners.  (ECF No. 112.)  However, Plaintiff has updated his address, indicating that he is no longer incarcerated.  (ECF No. 122.)  Accordingly, the Court denies the application to proceed *in forma pauperis* for prisoners as moot because Plaintiff is no longer incarcerated.

The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.[1] If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner or pay the $400 filing fee within thirty (30) days, this case will be subject to dismissal without prejudice.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF Nos. 112) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

///

---

[1] The Court notes that the filing fee for civil cases increased from $400 to $402 on December 1, 2020.  However, because Plaintiff initiated this action on January 23, 2020, he would be subject to the previous $400 filing fee.

1

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS ＿9th＿ day of June 2021.

UNITED STATES MAGISTRATE JUDGE